JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: julia.patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

NOV 1 8 2022

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAREN MICHAEL STENNERSON, Defendant. | CR 22- 139 -BLG- SPW <br><br> INDICTMENT <br><br> PROHIBITED PERSON IN POSSESSION OF A FIREARM <br> Title 18 U.S.C. § 922(g)(3) (Count 1) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> RECEIPT OF FIREARM BY PERSON UNDER INDICTMENT FOR FELONY <br> Title 18 U.S.C. § 922(n) (Count 2) <br> (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about March 30, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, JAREN MICHAEL STENNERSON, an unlawful user of any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802)), knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(3).

## COUNT 2

That on or about March 30, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, JAREN MICHAEL STENNERSON, knowing he was under indictment for a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, willingly received, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(n).

//
//
//
//
//
//

FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, JAREN MICHAEL STENNERSON, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney