# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAREN MICHAEL STENNERSON, <br><br> Defendant. | CR-22-139-BLG-SPW <br><br> **WARRANT FOR ARREST** <br><br> TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest JAREN MICHAEL STENNERSON and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Prohibited Person In Possession Of A Firearm in violation of Title 18 United States Code, Section 922(g)(3), Receipt Of Firearm By Person Under Indictment For Felony in violation of Title 18 United States Code, Section 922(n), and Criminal Forfeiture in violation of Title 18 United States Code, Section 924(d).

Assigned to: Julie R. Patten, AUSA

_____
Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 18th day of November, 2022

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 11/18/2022 | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 11/28/2022 | | *Timothy Hornung (A)* |
| LOCATION: Billings MT | | **UNITED STATES MARSHAL** |
| BY: [signature] | Deputy U.S. Marshal | |