**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:       (406) 657-6101
FAX:         (406) 657 6989
E-mail:      Julia.Patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAREN MICHAEL STENNERSON,**<br><br>Defendant. | **CR 22-139-BLG-SPW**<br><br>**NOTICE OF TRIAL DAYS** |

    The United States of America, represented by Julie R. Patten, Assistant United States Attorney for the District of Montana, files this notice advising the Court and counsel that the trial of this matter will require 2 trial days.

1

DATED this 29th day of November, 2022.

                                               JESSE A. LASLOVICH
                                               United States Attorney


                                               */s/ Julie R. Patten*
                                               JULIE R. PATTEN
                                               Assistant U. S. Attorney