GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-22-139-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |
| JAREN MICHAEL STENNERSON, | |
| Defendant. | |

     NOTICE IS HEREBY GIVEN that Defendant, Jaren Michael Stennerson, by and through his Counsel Gillian E. Gosch, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated, November 29, 2022, to the Government in the above-entitled matter.

     RESPECTFULLY SUBMITTED this 29th day of November, 2022.

                                       /s/ Gillian E. Gosch
                                       GILLIAN E. GOSCH
                                       Assistant Federal Defender
                                          Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on November 29, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
   　　Counsel for the United States of America

3. JAREN MICHAEL STENNERSON
   　　Defendant

　　　　　　　　　　　　　　/s/ Gillian E. Gosch
　　　　　　　　　　　　　　GILLIAN E. GOSCH
　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Counsel for Defendant