GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAREN MICHAEL STENNERSON, <br><br> Defendant. | Case No. CR-22-139-BLG-SPW-TJC <br><br><br> **UNOPPOSED MOTION FOR DETENTION HEARING** |

COMES NOW the Defendant, JAREN MICHAEL STENNERSON, by and through his attorney of record, GILLIAN GOSCH, and the FEDERAL DEFENDERS OF MONTANA, and hereby move this honorable Court to set a detention hearing in this matter.

The undersigned has contacted Assistant United States Attorney Julie R. Patten regarding this motion, and she stated she has no objection to setting a detention hearing in this matter, but objects to defendant's release.

RESPECTFULLY SUBMITTED this 2nd day of December, 2022.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on December 2, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. JAREN MICHAEL STENNERSON
       Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant