# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-22-139-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER SETTING** |
| JAREN MICHAEL STENNERSON, | **DETENTION HEARING** |
| Defendant. | |

UPON MOTION of counsel for the Defendant and for good cause shown,

IT IS HEREBY ORDERED that a detention hearing is set in the above-referenced matter for the _____ day of _____, 2022, at the hour of _____ o'clock, ___.m.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this ____ day of _____, 2022.

_____
TIMOTHY J. CAVAN
U.S. MAGISTRATE JUDGE