IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | CR 22-139-BLG-SPW<br><br>**ORDER** |

Defendant has filed an unopposed Motion for Detention Hearing.  (Doc. 14.)

Accordingly, IT IS ORDERED that the Court will conduct a Detention Hearing in this matter on **December 6, 2022, at 10:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 2nd day of December, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge