GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-22-139-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL** |
| JAREN MICHAEL STENNERSON, | |
| Defendant. | |

    COMES NOW Defendant, JAREN MICHAEL STENNERSON, by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and GILLIAN E. GOSCH, Assistant Federal Defender, and moves the Court for an order continuing the trial currently scheduled for January 23, 2023, and for an order extending the pretrial deadlines accordingly.

    The grounds for this motion are as follows:

1. Additional time is needed to investigate the circumstances of the alleged offense in order to prepare for or trial.

2. For these reasons, Defendant requests the Court to continue the trial of this matter. Such a continuance will allow for an adequate opportunity to explore relevant issues and prepare this case for trial. Further it will prejudice the Defendant if this continuance is not granted. Counsel for Defendant asserts that the ends of justice served by granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial. Defendant further asserts that for purposes of the speedy trial act, the number of days which this matter is continued are excludible under 18 U.S.C. §3161(h)()(A)(B)(iv).

3. Defendant is currently in custody at Yellowstone County Detention Facility in Billings, Montana.

4. Defense Counsel has contacted Julie R. Patten the United States Attorney's Office regarding this continuance, and she has no objection to this Motion.

RESPECTFULLY SUBMITTED this 19th day of December, 2022.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on December 19, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | | |
|---|---|---|
| __1, 2__ | | CM-ECF |
| _____ | | Hand Delivery |
| __3__ | | Mail |
| _____ | | Overnight Delivery Service |
| _____ | | Fax |
| _____ | | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. JAREN MICHAEL STENNERSON
       Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant