EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
edward_werner@fd.org
  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAREN MICHAEL STENNERSON, <br><br> Defendant. | Case No. CR-22-139-BLG-SPW <br><br><br> **MOTION TO DISMISS INDICTMENT** |

  Defendant Jaren Michael Stennerson moves to dismiss Count I and Count II of the indictment pursuant to Fed. R. Crim. P. 12(b)(1). A brief in support is filed in conjunction with this motion.

Assistant United States Attorney Julie R. Patten has advised defense counsel that she objects to the relief requested in this motion.

RESPECTFULLY SUBMITTED this 28th day of December, 2022

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

CERTIFICATE OF SERVICE
L.R.5.2(b)

I hereby certify that on December 28, 2022, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
____   Hand Delivery
 3   Mail
____   Overnight Delivery Service
____   Fax
____   E-Mail

1.   CLERK, UNITED STATES DISTRICT COURT

2.   JULIE R. PATTEN
Assistant United States Attorney
United States Attorney's Office
2602 2nd Avenue North, Suite 3200
Billings, MT  59101
    Counsel for the United States of America

3.   JAREN MICHAEL STENNERSON
    Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant