# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | Case No. CR-22-139-BLG-SPW<br><br><br>**ORDER TO<br>DISMISS INDICTMENT** |

Upon the Motion to Dismiss Indictment against the Defendant, and for good cause shown,

IT IS HEREBY ORDERED that the Indictment in this case is hereby DISMISSED without prejudice.

IT IS FURTHER ORDERED that the trial in this matter presently set for Monday, March 20, 2023, at 9:00 a.m. is VACATED.

IT IS FURTHER ORDERED that the Defendant, Jaren Michael Stennerson, be released from the custody of the U.S. Marshals Service as of the date of this Order.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 28th day of December, 2022

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE