Exhibit B

FILED
August 17, 2020
Terry Halpin
CLERK
Yellowstone County District Court
STATE OF MONTANA
By: Abrahams, Angela
DC-56-2020-0001067-IN
Judge Mary Jane Knisely
# 1.00

Jacob Yerger
**DEPUTY YELLOWSTONE COUNTY ATTORNEY**
P.O. Box 35025
Room 701, Courthouse
Billings, Montana 59107-5025
Telephone: 406/256-2870
Attorney For Plaintiff

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| STATE OF MONTANA,<br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br>Defendant. | CAUSE NO. DC<br><br>JUDGE: MICHAEL G. MOSES<br><br>**MOTION FOR LEAVE TO FILE INFORMATION WITH SUPPORTING AFFIDAVIT** |
|---|---|

The undersigned Deputy County Attorney of Yellowstone County, Montana, being first duly sworn upon his oath, moves the Court for Leave to File an Information based upon an investigation conducted by law enforcement officers charging the above-named Defendant with the offenses of:

**COUNT I: CRIMINAL POSSESSION OF DANGEROUS DRUGS (FELONY)**
**COUNT II: CRIMINAL POSSESSION OF DANGEROUS DRUGS (FELONY)**

committed at Yellowstone County, State of Montana, on or about February 12, 2018.

That law enforcement officers have made a full and careful investigation of all the facts and circumstances surrounding the commission of said offense, so far as they are known or ascertainable; that he believes it a proper case for filing of an Information and that for this reason, and none other, the foregoing motion is made.

The Court is informed that the Billings Police Department (BPD)/CCSIU/EMHIDTA investigation revealed the following:

On or about February 12, 2018, YCSO Deputy Gillen was conducting a uniformed patrol in a marked patrol vehicle on Old Hardin Road in Yellowstone County, Montana. While traveling west on Old Hardin

Road, Deputy Gillen observed a dark-colored sedan coming toward him in the eastbound lane which appeared to be traveling faster than the posted speed limit of 35 miles per hour. Deputy Gillen used his radar gun to calculate the vehicle's speed 43 miles per hour. He turned around and began following the vehicle.

Deputy Gillen observed that the driver of the vehicle appeared to be attempting to evade him, reaching speeds of approximately 50 miles per hour as he drew closer. The vehicle abruptly turned into the Emerald Hills Trailer Court at 3455 Old Hardin Road. Deputy Gillen could see a person making furtive movements inside the vehicle as it appeared to be coming to a rolling stop. Suddenly, he observed a male emerge from the front passenger. The male began running northbound away from the still-moving vehicle. Deputy Gillen observed that the male appeared to have crawled over the center console from the driver's side, almost catching his trench coat on the door of the vehicle as he turned to run away.

Deputy Gillen did not pursue the male, choosing to stay on scene and wait for a cover officer. Approximately one minute later, Deputy Gillen saw the same male walking back toward the vehicle, this time without the trench coat. Deputy Gillen detained the male, whom he identified as JAREN MICHAEL STENNERSON (born January of 1985), the Defendant herein. The Defendant apologized to Deputy Gillen for his driving.

Deputy Gillen could see that the Defendant was sweating profusely, despite an outdoor temperature of approximately -2 degrees. The Defendant's movements were quick and jerky, and his speech was animated. Deputy Gillen transported the Defendant to the Yellowstone County Detention Facility (YCDF), to investigate whether or not the Defendant was driving under the influence. The Defendant was remanded to the custody of the detention facility at the conclusion of Deputy Gillen's investigation.

YCSO Detective Moffett applied for and obtained a search warrant for the vehicle. Inside, he found a small bag containing a white crystalline substance and two white tablets. The substance inside the bag field-tested positive as methamphetamine and was forwarded to the Montana State Crime Laboratory along with the tablets. Chemical analysis confirmed that the substance inside the bag was methamphetamine, a Schedule II dangerous drug. The tablets were confirmed to be morphine, a Schedule II dangerous drug.

The investigation continues.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 17, 2020

/s/ Jacob A. Yerger
Deputy County Attorney

FILED
August 29, 2019
Terry Halpin
CLERK
Yellowstone County District Court
STATE OF MONTANA
By: Abrahams, Angela
DC-56-2019-0001061-IN
Judge Jessica Fehr
# 1.00

Brett D. Linneweber
**DEPUTY YELLOWSTONE COUNTY ATTORNEY**
P.O. Box 35025
Room 701, Courthouse
Billings, Montana 59107-5025
Telephone: 406/256-2870
Attorney For Plaintiff

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| STATE OF MONTANA,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br>　　　　　　　　Defendant. | CAUSE NO. DC<br><br>JUDGE: MICHAEL G. MOSES<br><br>**MOTION FOR LEAVE TO FILE INFORMATION WITH SUPPORTING AFFIDAVIT** |

　　　The undersigned Deputy County Attorney of Yellowstone County, Montana, being first duly sworn upon his oath, moves the Court for Leave to File an Information based upon an investigation conducted by law enforcement officers charging the above-named Defendant with the offenses of:

**COUNT I: CRIMINAL POSSESSION OF DANGEROUS DRUGS (FELONY)
COUNT II: CRIMINAL POSSESSION OF DRUG PARAPHERNALIA (MISDEMEANOR)
COUNT III: CRIMINAL POSSESSION OF DANGEROUS DRUGS (MISDEMEANOR)**

committed at Yellowstone County, State of Montana, on or about August 24, 2019.

　　　That law enforcement officers have made a full and careful investigation of all the facts and circumstances surrounding the commission of said offense, so far as they are known or ascertainable; that he believes it a proper case for filing of an Information and that for this reason, and none other, the foregoing motion is made.

　　　The Court is informed that the Yellowstone County Sheriff's Office (YCSO) investigation revealed the following:

On August 24, 2019 at approximately 0637 hours, Deputy Zidak arrested the Defendant on outstanding warrants. Deputy Zidak conducted a pat search prior to placing him into the backseat of the patrol vehicle.

Deputy Zidak asked the Defendant if he had anything on his person that would harm him. The Defendant stated he had two syringes in his left cargo pocket. The Defendant stated he had the syringes because he is a meth addict. The Defendant also stated he had a small amount of methamphetamine in a plastic straw located in his left front pocket. When the Defendant was searched at booking, YCDF Officer Olsen located a red plastic straw in his left front pocket, two capped syringes in his right cargo pocket and a small glass container that had a clear yellowish waxy substance from his right cargo pocket.

The substance in the red straw was a white crystalline substance which tested positive for methamphetamine using a Narcotic Testing Kit (NIK) (total weight of substance and straw .40 grams). The substance in the small glass container tested positive for marijuana using a Narcotics Testing Kit (NIK). The syringes appeared unused and contained no visible substance.

The investigation continues.

_____
Brett D. Linneweber
Deputy County Attorney
Yellowstone County, Montana

This instrument was signed and sworn to before me on August 28, 2019 by Brett D. Linneweber.

_____
Chandler Aus

CHANDLER AUS
NOTARY PUBLIC for the
State of Montana
Residing at Shepherd, Montana
My Commission Expires
June 19, 2022