**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Avenue North, St. 3200
Billings, Montana 59101
Phone: (406) 657-6101
FAX: (406) 657-6058
E-mail: Julia.Patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAREN MICHAEL STENNERSON,**<br><br>Defendant, | CR 22-139-BLG-SPW<br><br>**UNITED STATES' NOTICE OF CONVENTIONAL FILING OF EXHIBIT A** |

Please take notice that the United States has conventionally filed the attached CD that is referenced on page 28 of the United States' response to motion to dismiss indictment, which was filed on December 28, 2022. This item could not be filed electronically because:

1

|   |   |
|---|---|
| \_\_\_\_ | scanning is not practicable; |
| \_\_\_\_ | the electronic file exceeds 5 megabytes in size; |
| \_\_\_\_ | a court order excuses conventional filing; |
| \_\_\_\_ | the filing is under seal; |
| X | the filing is exempted under Local Rule 7.2(d); |
| \_\_\_\_ | the filer experienced the following technical difficulties as shown by the attached documentation; |
| \_\_\_\_ | pursuant to Local Rules and Judge's request. |
| \_\_\_\_ | Case is still under seal and no access to ECF |

DATED this 10th day of January, 2023.

                JESSE A. LASLOVICH
                United States Attorney

                */s/ Julie R. Patten*
                JULIE R. PATTEN
                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

L.R. 5.2(b)

* * *

I hereby certify that on January 10, 2023, a copy of the foregoing document and exhibit were served on the following persons by the following means:

| | |
|---|---|
| __1__ | CM/ECF |
| __2__ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. Edward Werner
   Federal Defenders of Montana
   Attorney for Defendant

*/s/ Julie R. Patten*
JULIE R. PATTEN
Assistant U.S. Attorney