GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-139-BLG-SPW |
| Plaintiff, | |
| vs. | MOTION TO CHANGE PLEA |
| JAREN MICHAEL STENNERSON, | |
| Defendant. | |

COMES NOW, Defendant, Jaren Michael Stennerson, by and through his Counsel of record, Gillian E. Gosch, Assistant Federal Defender, and the Federal Defenders of Montana, and hereby moves this Court to allow him to enter a plea of guilty to the Indictment. Plea agreement to follow.

This motion certifies that all parties to the case have been informed of the defendant's intent to plead guilty.

RESPECTFULLY SUBMITTED this 3rd day of March, 2023.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on March 3, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. JAREN MICHAEL STENNERSON
       Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant