# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | Case No. CR-22-139-BLG-SPW<br><br>**ORDER SETTING<br>CHANGE OF PLEA HEARING** |

Defendant, Jaren Michael Stennerson, having filed a Motion to Change Plea and good cause appearing therefore;

IT IS HEREBY ORDERED that a Change of Plea Hearing is scheduled for the _____ day of _____, 2023, at _____ \_\_\_.m.

DATED this \_\_\_\_\_ day of _____, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE