IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | CR 22-139-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 27) on March 3, 2023,

IT IS HEREBY ORDERED that the trial set for March 20, 2023 is **VACATED.**

IT IS FURTHER ORDERED that a change of plea hearing is set for **Friday, March 10, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 3, 2023 and March 10, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **March 8, 2023**.

DATED this 6th day of March, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE