JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657 6989
E-mail:      Julia.Patten@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAREN MICHAEL STENNERSON, Defendant. | CR 22-139-BLG-SPW UNOPPOSED MOTION OF THE UNITED STATES FOR ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE |
|---|---|

      The United States of America, represented by Julie R. Patten, Assistant United States Attorney for the District of Montana, respectfully submits this motion for issuance of an order of forfeiture in the above-styled case. In support of this motion, the United States sets forth the following facts:

1

1.	On November 18, 2022, the United States Attorney filed an indictment against defendant Jaren Michael Stennerson, that charged him with Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3) (Count 1) and Receipt of Firearm by Person Under Indictment for Felony, in violation of 18 U.S.C. § 922(n)(Count 2).

2.	As a result of the offense charged in the indictment, the indictment further sought the forfeiture of the firearm, pursuant to 18 U.S.C. § 924(d).

3.	On March 10, 2023, the defendant entered a plea of guilty to the indictment.  Moreover, the defendant has agreed to abandon all right, title, and interest in the firearm and ammunition listed in the indictment and further described below and stipulate to the entry of a preliminary and final order of forfeiture transferring the property to the United States, if appropriate.

The property subject to forfeiture includes but is not limited to the following personal property:

- CZ, Model CZ82, 9mm caliber pistol (SN: 123915); and
- 3 rounds of 9mm caliber ammunition.

4.	The Court's jurisdiction in this matter is founded upon 18 U.S.C. § 924(d), which provides that:

> Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) or section 922 . . . shall be subject to seizure and forfeiture . . . .

5. Upon the issuance of an order of forfeiture, the United States, will provide written notice to all third parties asserting a legal interest in any of the above-described personal property and will publish notice in newspapers of general circulation of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d), as incorporated by 28 U.S.C. § 2461(c).

Accordingly, the United States respectfully requests that the Court enter judgment of criminal forfeiture by issuing the proposed preliminary order of forfeiture, thereby forfeiting to the United States of America the interest of the above-captioned defendant in the personal property described above, and in the indictment and ordering the Bureau of Alcohol, Tobacco, Firearms, and Explosives to seize forthwith the forfeited property and dispose of it in accordance with the law.

DATED this 10th day of March, 2023.

JESSE A. LASLOVICH
United States Attorney

*/s/ Julie R. Patten*
JULIE R. PATTEN
Assistant U. S. Attorney