GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | Case No. CR-22-139-BLG-SPW<br><br><br>**SENTENCING MEMORANDUM** |

COMES NOW Defendant JAREN MICHAEL STENNERSON, by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and GILLIAN E. GOSCH, Assistant Federal Defender, and offers this Sentencing Memorandum to this Honorable Court for Stennerson's sentencing hearing scheduled for July 12, 2023, at 1:30 p.m.

# INTRODUCTION

On November 18, 2022, Stennerson was indicted on two counts of Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. 922 (g)(3) and (g)(n). Stennerson made his initial appearance on November 29, 2022 and had a detention hearing on December 6, 2022. Stennerson was ordered detained and he changed his plea on March 10, 2023.

# ADVISORY GUIDELINE RANGE

Stennerson's total offense level is 13 and his criminal history category is III. Therefore, his guideline range is 18-24 months. There is a plea agreement in this case which allows Stennerson to maintain his right to appeal the denial of his Motion to Suppress. At the time of sentencing Stennerson will have 227 days in custody.

# DISCUSSION-3553

### A.    The Offense

The offense conduct is set forth adequately in paragraphs 7-11 of the pre-sentence report.

### B.    History and Characteristics of Jaren Michael Stennerson

Jaren is currently 38 years of age and would greatly benefit from substance abuse treatment and vocational training. He has not had any verifiable employment in his adult life. Learning a trade would hopefully give him a level of confidence and pride and also help him pay his outstanding debts. In addition, Jaren has never

participated in substance abuse treatment but is open to attending and learning tools to remain sober once he is released from custody. Although he no longer has parental rights to his children, they are placed with his mom and brother, it is his desire to reestablish relationships with them as he moves forward in life. Additionally, as he noted in his presentence interview, he is learning more about his Native American roots which is having a positive impact on him. Jaren is requesting the court sentence him to a low-end sentence to run concurrent with his pending state matters. A sentence at the low end of the guidelines is sufficient but not greater than necessary to satisfy the 3553A factors.

RESPECTFULLY SUBMITTED this 9th day of June, 2023.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendan

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 9, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
      Counsel for the United States

3. JAREN MICHAEL STENNERSON
      Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
   Counsel for Defendant