**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:       (406) 657-6101
FAX:         (406) 657 6989
E-mail:      Julia.Patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **JAREN MICHAEL STENNERSON,**  Defendant. | CR 22-139-BLG-SPW   **MOTION FOR FINAL ORDER OF FORFEITURE** |

Plaintiff United States of America, represented by Julie R. Patten, Assistant United States Attorney for the District of Montana, respectfully requests this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 924(d). In support, Plaintiff states:

1

1. On March 10, 2023, a Preliminary Order of Forfeiture was entered by the Court forfeiting to the United States any and all of defendant's right, title and interest in the following property:

- CZ, Model CZ82, 9mm caliber pistol (SN: 123915); and
- 63 rounds of 9mm caliber ammunition.

2. The Preliminary Order of Forfeiture directed the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, to seize the property subject to forfeiture. It further directed the United States to publish notice of the forfeiture and the United States' intent to dispose of the property.

3. The United States published notice of the defendant's forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days. A Declaration of Publication was filed on April 20, 2023.

4. To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject property.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 924(d).

///

///

DATED this 12th day of June, 2023.

                                      JESSE A. LASLOVICH
                                      United States Attorney

                                      */s/ Julie R. Patten*
                                      JULIE R. PATTEN
                                      Assistant U.S. Attorney