GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREN MICHAEL STENNERSON,<br><br>Defendant. | Case No. CR-22-107-BLG-SPW<br><br>**NOTICE OF FILING EXHIBIT RELEVANT TO SENTENCING HEARING** |

JAREN MICHAEL STENNERSON, the above-named Defendant, by and through his counsel of record, GILLIAN E. GOSCH and the FEDERAL DEFENDERS OF MONTANA, hereby submits the attached acceptance letter in this matter.

DATED this 10th day of July, 2023.

                                /s/ Gillian E. Gosch
                                GILLIAN E. GOSCH
                                Federal Defenders of Montana
                                  Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

     I hereby certify that on July 10, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. JAREN MICHAEL STENNERSON
       Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
    Counsel for Defendant