To whom It may concern
I accept full responsibility for
my actions and my crimes I've
comitted. I'm sorry for my actions.
If I could change the past I
would never have done what I
did. I hope I get an opportunity
to prove that I am better than who
I used to be. Again I'm sorry
for what I did and it will
never ever happen again. Thank
you for your time and
consideration in my matter.

Sincerely   Jaren Stennerson