GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-139-BLG-SPW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| JAREN MICHAEL STENNERSON, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant JAREN MICHAEL STENNERSON, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Denying Defendant's Motion to Dismiss Indictment filed and entered on February 24, 2023. (Doc. 26). This Appeal is from this order only.

RESPECTFULLY SUBMITTED 12th day of July, 2023.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on July 12, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JULIE R. PATTEN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
   Counsel for the United States

3. JAREN MICHAEL STENNERSON
   Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant