# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT ORDER FORM
*Use one form per court reporter*
***Please read instructions on next page***

| | | |
|---|---|---|
| 1. ATTORNEY NAME<br>Julie R. Patten | 2. PHONE NUMBER<br>406-657-6101 | 3. EMAIL ADDRESS (for transcript delivery)<br>marisa.petersen@usdoj.gov |

| | |
|---|---|
| 4. MAILING ADDRESS (including law firm name, if applicable)<br>U.S. Attorney's Office<br>2601 Second Avenue North, Suite 3200<br>Billings, MT 59101 | 5. NAME & ROLE OF PARTY REPRESENTED: If not a party, use non-party request form.<br>United States of America, Plaintiff |
| | 6. CASE NAME<br>U.S. v. Jaren Michael Stennerson |
| | 7. DISTRICT COURT CASE NUMBER<br>CR 22-139-BLG-SPW |
| 8. COURT REPORTER NAME: Use a separate form for each court reporter.<br>K. Marchwick | 9. COURT OF APPEALS CASE NUMBER (if applicable)<br>CA 23-1439 |

**10. THIS TRANSCRIPT ORDER IS FOR:**

[✓] APPEAL    [ ] NON-APPEAL    [ ] CJA (AUTH-24 filed in e-voucher)    [ ] IN FORMA PAUPERIS (court order attached)

**11. TRANSCRIPT REQUESTED:** For each transcript requested, please specify the date of the proceeding, the proceeding or partial proceeding requested, the transcript format, and the delivery time. Financial arrangements must be made with the court reporter before transcript is prepared.

| DATE | PROCEEDING<br>If requesting a partial proceeding, specify portion (e.g., witness or time). | PAPER<br>Full Size | PAPER<br>A-Z Word Index | E-MAIL<br>PDF | E-MAIL<br>ASCII | E-MAIL<br>A-Z Word Index | DELIVERY TIME |
|---|---|---|---|---|---|---|---|
| 3/10/2023 | Change of Plea | [ ] | [ ] | [✓] | [ ] | [ ] | 7 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |
| | | [ ] | [ ] | [ ] | [ ] | [ ] | 30 day |

**12. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| | |
|---|---|
| 13. SIGNATURE<br>s\ Julie R. Patten | 14. DATE<br>12/20/2023 |